| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

Defendant: **Changzhou Daya Import & Export Corp., Ltd.**
Bankruptcy Case: **HRB Winddown, Inc.**
Preference Period: **Sep 19, 2019 - Dec 18, 2019**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080711M | $256,415.44 | 10/25/2019 | 19CDY291073-CZ | 9/9/2019 | $16,273.45 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080507F | $156,830.59 | 10/11/2019 | 19CDY294023 | 8/29/2019 | $18,421.86 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080588Q | $323,118.01 | 10/18/2019 | 19CDY291071-CZ | 9/4/2019 | $46,737.21 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080588Q | $323,118.01 | 10/18/2019 | 19CDY292046-CZ | 9/5/2019 | $112,021.87 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080588Q | $323,118.01 | 10/18/2019 | 19CDY293053-CZ | 8/30/2019 | $9,558.63 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080588Q | $323,118.01 | 10/18/2019 | 19CDY293055-CZ | 9/4/2019 | $89,594.82 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080588Q | $323,118.01 | 10/18/2019 | 19CDY296032 | 8/30/2019 | $52,399.70 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080200AB | $331,297.12 | 9/20/2019 | 19CDY291064-CZ | 8/6/2019 | $36,647.39 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080711M | $256,415.44 | 10/25/2019 | 19CDY291072-CZ | 9/6/2019 | $17,742.86 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080406J | $267,273.49 | 10/4/2019 | 19CDY294022 | 8/21/2019 | $16,816.53 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080711M | $256,415.44 | 10/25/2019 | 19CDY291075-CZ | 9/11/2019 | $109,992.63 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080711M | $256,415.44 | 10/25/2019 | 19CDY292047-CZ | 9/11/2019 | $88,287.10 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080711M | $256,415.44 | 10/25/2019 | 19CDY293056-CZ | 9/9/2019 | $24,119.40 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080781H | $349,841.64 | 11/1/2019 | 19CDY291076-CZ | 9/18/2019 | $148,401.40 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080781H | $349,841.64 | 11/1/2019 | 19CDY292048-CZ | 9/18/2019 | $53,717.45 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080781H | $349,841.64 | 11/1/2019 | 19CDY293054-CZ | 9/14/2019 | $56,889.99 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080781H | $349,841.64 | 11/1/2019 | 19CDY293060-CZ | 9/18/2019 | $38,925.80 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080588Q | $323,118.01 | 10/18/2019 | 19CDY296033 | 9/2/2019 | $12,805.78 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080320C1 | $110,417.00 | 9/27/2019 | 19CDY296031 | 8/19/2019 | $2,285.98 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080200AB | $331,297.12 | 9/20/2019 | 19CDY291065-CZ | 8/7/2019 | $73,660.32 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080200AB | $331,297.12 | 9/20/2019 | 19CDY292043-CZ | 8/8/2019 | $44,736.46 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080200AB | $331,297.12 | 9/20/2019 | 19CDY293048-CZ | 8/7/2019 | $76,704.26 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080200AB | $331,297.12 | 9/20/2019 | 19CDY293049-CZ | 8/7/2019 | $58,512.55 |

Changzhou Daya Import & Export Corp., Ltd. (2266238)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080200AB | $331,297.12 | 9/20/2019 | 19CDY294021 | 8/7/2019 | $39,337.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080200AB | $331,297.12 | 9/20/2019 | 19CDY296030 | 8/5/2019 | $1,698.64 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080320C1 | $110,417.00 | 9/27/2019 | 19CDY291066-CZ | 8/14/2019 | $81,039.98 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080507F | $156,830.59 | 10/11/2019 | 19CDY293052-CZ | 8/28/2019 | $11,480.36 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080320C1 | $110,417.00 | 9/27/2019 | 19CDY296029 | 8/9/2019 | $6,750.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080507F | $156,830.59 | 10/11/2019 | 19CDY291069-CZ | 8/29/2019 | $126,928.37 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080406J | $267,273.49 | 10/4/2019 | 19CDY291067-CZ | 8/16/2019 | $25,819.35 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080406J | $267,273.49 | 10/4/2019 | 19CDY291068-CZ | 8/21/2019 | $42,823.08 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080406J | $267,273.49 | 10/4/2019 | 19CDY291070 CDY | 8/22/2019 | $531.60 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080406J | $267,273.49 | 10/4/2019 | 19CDY292044-CZ | 8/15/2019 | $62,463.10 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080406J | $267,273.49 | 10/4/2019 | 19CDY292045-CZ | 8/21/2019 | $17,573.86 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080406J | $267,273.49 | 10/4/2019 | 19CDY293051-CZ | 8/21/2019 | $101,245.97 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863X | $431,714.99 | 11/8/2019 | 19CDY291077-CZ | 9/20/2019 | $18,306.32 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080320C1 | $110,417.00 | 9/27/2019 | 19CDY293050-CZ | 8/14/2019 | $20,341.04 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081281 | $369,244.71 | 12/6/2019 | 19CDY296038 | 10/21/2019 | $10,519.20 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080781H | $349,841.64 | 11/1/2019 | 19CDY294024-CZ | 9/13/2019 | $51,907.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081120K | $356,849.37 | 11/29/2019 | 19CDY292053 | 10/16/2019 | $35,993.48 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081120K | $356,849.37 | 11/29/2019 | 19CDY294026-CZ | 10/16/2019 | $30,545.61 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081281 | $369,244.71 | 12/6/2019 | 19CDY194027 | 10/22/2019 | $43,991.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081281 | $369,244.71 | 12/6/2019 | 19CDY291083 | 10/18/2019 | $26,582.41 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081281 | $369,244.71 | 12/6/2019 | 19CDY291084-CZ | 10/24/2019 | $118,367.83 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081281 | $369,244.71 | 12/6/2019 | 19CDY292054-CZ | 10/18/2019 | $68,776.21 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081120K | $356,849.37 | 11/29/2019 | 19CDY291081 | 10/15/2019 | $137,209.94 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081281 | $369,244.71 | 12/6/2019 | 19CDY293066-CZ | 10/23/2019 | $72,394.87 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081061H | $557,414.77 | 11/22/2019 | 19CDY296037 | 10/10/2019 | $12,902.40 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081378Y | $498,463.85 | 12/13/2019 | 19CDY291085 | 10/30/2019 | $100,785.86 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081378Y | $498,463.85 | 12/13/2019 | 19CDY291086-CZ | 10/30/2019 | $108,315.07 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081378Y | $498,463.85 | 12/13/2019 | 19CDY291087-CZ | 10/31/2019 | $27,952.55 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081378Y | $498,463.85 | 12/13/2019 | 19CDY292056-CZ | 10/31/2019 | $6,686.98 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081378Y | $498,463.85 | 12/13/2019 | 19CDY293065 | 11/1/2019 | $150,765.14 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081378Y | $498,463.85 | 12/13/2019 | 19CDY293065-A | 10/23/2019 | $0.01 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081378Y | $498,463.85 | 12/13/2019 | 19CDY293067-CZ | 10/31/2019 | $67,265.56 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081281 | $369,244.71 | 12/6/2019 | 19CDY292055-CZ | 10/24/2019 | $28,613.02 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080975K | $216,106.41 | 11/15/2019 | 19CDY291079-CZ ADDI FRT | 9/27/2019 | $300.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081378Y | $498,463.85 | 12/13/2019 | 19CDY294028-CZ | 10/30/2019 | $36,692.68 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863X | $431,714.99 | 11/8/2019 | 19CDY292049-CZ | 9/23/2019 | $22,612.10 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863X | $431,714.99 | 11/8/2019 | 19CDY292050-CZ | 9/25/2019 | $11,189.80 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863X | $431,714.99 | 11/8/2019 | 19CDY293058-CZ | 9/23/2019 | $75,710.77 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863X | $431,714.99 | 11/8/2019 | 19CDY293061-CZ | 9/26/2019 | $93,235.81 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863X | $431,714.99 | 11/8/2019 | 19CDY294025 | 9/25/2019 | $36,551.33 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863X | $431,714.99 | 11/8/2019 | 19CDY296034 | 9/22/2019 | $1,927.38 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081120K | $356,849.37 | 11/29/2019 | 19CDY291082-CZ | 10/17/2019 | $153,100.34 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080975K | $216,106.41 | 11/15/2019 | 19CDY291079-CZ | 9/27/2019 | $50,481.14 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863X | $431,714.99 | 11/8/2019 | 19CDY291074 | 9/20/2019 | $172,181.48 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081061H | $557,414.77 | 11/22/2019 | 19CDY291080-CZ | 10/9/2019 | $180,815.24 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081061H | $557,414.77 | 11/22/2019 | 19CDY292051-CZ | 10/10/2019 | $117,055.56 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081061H | $557,414.77 | 11/22/2019 | 19CDY293062 | 10/9/2019 | $116,334.35 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081061H | $557,414.77 | 11/22/2019 | 19CDY293063-CZ | 10/10/2019 | $49,314.56 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081061H | $557,414.77 | 11/22/2019 | 19CDY293064-CZ | 10/8/2019 | $38,517.28 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081061H | $557,414.77 | 11/22/2019 | 19CDY296035 | 10/10/2019 | $36,061.38 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081061H | $557,414.77 | 11/22/2019 | 19CDY296036 | 10/10/2019 | $6,414.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080975K | $216,106.41 | 11/15/2019 | 19CDY291078-CZ | 10/7/2019 | $165,325.27 |

**Totals:**    **13 transfer(s),**    **$4,224,987.39**