# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HRB WINDDOWN, INC., *et al.*,[1]<br><br>                                 Debtor. | Chapter 11<br><br>Case No. 19-12689 (BLS) |
| Alan D. Halperin, as Liquidating Trustee<br>of the High Ridge Brands Liquidating Trust,<br><br>                              Plaintiff,<br><br>vs.<br><br>Changzhou Daya Import & Export Corp., Ltd.,<br><br>                              Defendant. | Adv. No. 21-51332 |

## <u>STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING</u>

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above-captioned adversary proceeding be dismissed. This matter is dismissed with prejudice. An answer has been filed.

---

[1] The last four digits of the Debtor's federal tax identification number are 5871, and the Debtor's mailing address is HRB Winddown Inc., c/o Ocean Ridge Capital Advisors, LLC, 56 Harrison Street, Suite 203A, New Rochelle, NY 10801.

Dated: January 24, 2024

BIELLI & KLAUDER, LLC

*/s/ David M. Klauder*
David M. Klauder, Esq., DE SBN 5769
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

*-and-*

ASK LLP
Joseph L. Steinfeld, Jr., Esq.
MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Plaintiff, Alan D. Halperin, as
Liquidating Trustee of the High Ridge
Brands Liquidating Trust*

Dated: January 24, 2024

SULLIVAN HAZELTINE ALLINSON
LLC

*/s/ E.E. Allinson III*
Elihu Ezekiel Allinson, III, DE SBN 3476
919 North Market Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 428-8191
Fax : (302) 428-8195
Email: ZAllinson@SHA-LLC.com

*Counsel for Defendant, Changzhou Daya
Import & Export Corp., Ltd.*